AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



FILED

APR 2 2 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA

V.

Diego Ramirez

**WARRANT FOR ARREST**

Case Number:    20-cr-03889-JLS

~~NOT FOR PUBLIC VIEW~~

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          Diego Ramirez
                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
                                                                               ☐ Pretrial Violation

charging him or her with  (brief description of offense):
See petition

DATE: _____4/21/2022_____
ARRESTED BY: _____hSMS_____

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____ _____

2022 MAR 28 AM 9: 22
RECEIVED U.S. MARSHALS-S/CA

In violation of Title____See Above____  United States Code, Section(s) _____

John Morrill                              Clerk of the Court
Name of Issuing Officer                   Title of Issuing Officer

s/ C. Thepkaysone                         03/28/2022, San Diego CA
Signature of Deputy                       Date and Location

Bail fixed at $          No Bail          by      The Honorable Janis L. Sammartino
                                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |