**DANIEL T. LEE**
California State Bar No. 343306
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Daniel_Lee@fd.org

Attorneys for Mr. Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO RAMIREZ,<br><br>Defendant. | CASE NO.: 3:20-cr-03889-JLS<br><br>**Unopposed Motion to Continue Final Hearing regarding Revocation of Supervised Release**<br><br>Requested date: June 17, 2022 at 2:30 p.m. |
|---|---|

Good cause appearing, Daniel T. Lee, and Federal Defenders of San Diego, counsel for Mr. Ramirez, respectfully request that the Final Hearing regarding Revocation of Supervised Release set for May 27, 2022, be continued to June 17, 2022 at 2:30 p.m. Defense counsel attempted to contact Jill Streja, Assistant U.S. Attorney, via e-mail and telephone on May 10th and May 11th regarding a continuance, but did not receive a response. A continuance is necessary due to a personal matter of defense counsel.

Respectfully submitted,

Dated: May 11, 2022

*s/ Daniel T. Lee*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ramirez