# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> PLAINTIFF, <br> V. <br> DIEGO RAMIREZ, <br> Defendant. | CASE NO.: 3:20-cr-03889-JLS <br><br> Order Granting Motion to Continue Final Hearing regarding Revocation of Supervised Release |

Pursuant to motion of the Defendant and good cause appearing, IT IS HEREBY ORDERED that Mr. Ramirez's Final Hearing regarding Revocation of Supervised Release be continued from May 27, 2022 to June 17, 2022 at 2:30 p.m.

**SO ORDERED.**

Dated: May 11, 2022

Hon. Janis L. Sammartino
United States District Judge